BRIAN MOONEY, ESQ.
California Bar No. 143795 (*Pro Hac Vice* Pending)
DIONE C. WRENN, ESQ.
Nevada Bar No. 13285
GORDON REES SCULLY MANSUKHANI, LLP
300 So. 4th Street, Suite 1550
Las Vegas, NV 89101
Telephone: (702) 577-9301
Facsimile: (702) 255-2858
Email: bmooney@grsm.com
       dwrenn@grsm.com

*Attorneys for Defendant,*
*Abbott Laboratories*

## UNITED STATES DISTRICT COURT

### DISTICT OF NEVADA

| | |
|---|---|
| RICHARD JAGGARD and JUDY JAGGARD,<br><br>Plaintiffs,<br><br>vs.<br><br>ABBOTT LABORATORIES, an entity of unknown corporate form; and DOES 1 through 50, INCLUSIVE,<br><br>Defendants. | CASE NO. 3:21-cv-00360-RCJ-CLB<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**<br><br>**(First Request)** |

Pursuant to Local Rules IA 6-1, IA 6-2, and 7-1, Defendant ABBOTT LABORATORIES ("Defendant") and Plaintiffs RICHARD JAGGARD and JUDY JAGGARD ("Plaintiffs") (collectively, the "Parties") by and through their respective attorneys of record, hereby jointly stipulate as stated below.

### **STIPULATION**

1. On March 15, 2021, Plaintiffs initiated the underlying action in the Second Judicial District Court situated in Washoe County, Nevada.

2. On July 12, 2021, Plaintiffs served Defendant with the summons and complaint. *See* ECF No. 1-1.

-1-

3. On August 10, 2021, Defendant filed a Petition for Removal to the United States District Court, District of Nevada. ECF No. 1.

4. Counsel for Defendant informed counsel for Plaintiffs that it does not appear that Abbott Laboratories is the proper defendant-entity in this case, that Abbott Vascular, Inc. may be the proper entity, and that the parties would need additional time to confirm which entity should be responding to the Complaint, and to further discuss and agree upon the procedural means for correcting the pleadings, as needed.

Accordingly, given that this is the first request to extend the time to respond, and pursuant to local rule IA 6-1, Defendant respectfully requests that the court grant this motion, and extend Defendant's deadline to file an answer or other responsive pleading until September 8, 2021. Plaintiff does not object to the requested extension.

Dated this 16th day of August, 2021.

| GORDON REES SCULLY MANSUKHANI, LLP | OSHINSKI & FORSBERG, LTD |
|---|---|
| */s/ Dione C. Wrenn* | */s/ Mark Forsberg* |
| BRIAN MOONEY, ESQ.<br>California Bar No. 143795 (*Pro Hac Vice Pending*)<br>DIONE C. WRENN, ESQ.<br>Nevada Bar No. 13285<br>300 So. 4th Street, Suite 1550<br>Las Vegas, NV 89101 | Mark Forsberg, Esq.<br>Nevada Bar No. 4265<br>Rick Oshinski, Esq.<br>Nevada Bar No. 4127<br>504 E. Musser St., Suite 302<br>Carson City, NV 89701 |
| *Attorneys for Defendant Abbott Laboratories* | *Attorneys For Plaintiffs Richard Jaggard and Judy Jaggard* |

**ORDER**

IT IS SO ORDERED.

_____
**UNITED STATES MAGISTRATE JUDGE**

DATED: August 18, 2021