1
2
3
4
5
6
7
8
9
10
11

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RICHARD JAGGARD and JUDY JAGGARD,<br><br>Plaintiffs,<br><br>vs.<br><br>ABBOTT CARDIOVASCULAR SYSTEMS, INC., a California corporation, and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO.: 3:21-cv-00360-RCJ-CLB<br><br>**<u>ORDER TO EXTEND DEADLINE TO FILE RESPONSE IN OPPOSITION TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT</u>** |

Pursuant to Local Rule 7-1, Defendant ABBOTT CARDIOVASCULAR SYSTEMS, INC. ("Defendant") and Plaintiffs RICHARD JAGGARD and JUDY JAGGARD ("Plaintiffs"), by and through their respective counsel, hereby stipulate and agree as follows:

1. On August 18, 2022, Plaintiffs filed a Motion for Partial Summary Judgment under seal [ECF No. 26].

2. Defendant's deadline to file a response in opposition to the motion is September 8, 2022.

3. Defendant requests additional time to file its response in opposition to the motion up to and including **September 22, 2022**.

4. Plaintiffs do not oppose Defendant's requested extension.

-1-

5. Accordingly, Defendant will file its response to Plaintiff's motion no later than on **September 22, 2022**.

This stipulation is not made for purposes of delay.

| | |
|---|---|
| DATED this 22nd day of August 2022. | DATED this 22nd day of August 2022. |
| **GORDON REES SCULLY MANSUKHANI** | **OSHINSKI & FORSBERG, LTD.** |
| */s/ Dione C. Wrenn* | */s/ Mark Forsberg* |
| Brian Mooney, Esq. | Mark Forsberg, Esq. |
| California Bar No. 143795 | Nevada Bar No. 4265 |
| (*Pro Hac Vice* Pending) | Rick Oshinski, Esq. |
| Dione C. Wrenn, Esq. | Nevada Bar No. 4127 |
| Nevada Bar No. 13285 | 504 E. Musser St., Suite 202 |
| 300 South 4th Street, Suite 1550 | Carson City, NV 89701 |
| Las Vegas, Nevada 89101 | Telephone: (775) 301-4250 |
| Telephone: (702) 577-9301 | Facsimile: (775) 301-4251 |
| Facsimile: (702) 255-2858 | Email: mark@oshinskiforsberg.com |
| Email: bmooney@grsm.com | rick@oshinskiforsberg.com |
| dwrenn@grsm.com | *Attorneys for Plaintiffs* |
| *Attorneys for Defendant* | |

**IT IS SO ORDERED.**
_____
**ROBERT C. JONES**
**UNITED STATES DISTRICT JUDGE**

**DATED: August 26, 2022.**