# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RICHARD JAGGARD and JUDY JAGGARD, | Case No.   3:21-cv-00360-RCJ-CLB |
| Plaintiffs, | **ORDER TO EXTEND DEADLINE TO FILE REPLY TO DEFENDANT ABBOTT CARDIOVASCULAR SYSTEMS INC.'S OPPOSITION TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT** |
| vs. | |
| ABBOTT CARDIOVASCULAR SYSTEMS INC., a California corporation, and DOES 1 through 50, inclusive, | |
| Defendants. | |

In accordance with LR 7-1, Plaintiffs, Richard Jaggard and Judy Ann Jaggard ("Plaintiffs") and Defendant Abbott Cardiovascular Systems Inc. ("Defendant"), by and through their undersigned counsel, hereby stipulate and agree as follows:

1. On September 22, 2022, Defendant filed its Opposition to Plaintiffs' Motion for Partial Summary Judgment [ECF 32].

2. Plaintiffs' deadline to file a reply to the opposition is October 6, 2022.

3. Plaintiffs request additional time to file their reply to the opposition, up to and including **October 21, 2022**.

1

4. Defendant does not oppose Plaintiffs' requested extension.

5. Accordingly, Plaintiffs will file their reply to Defendant's opposition no later than **October 21, 2022**.

This stipulation is not made for purposes of delay.

| OSHINSKI & FORSBERG, LTD. | GORDON REES SCULLY MANSUKHANI |
|---|---|
| By   /s/ Mark Forsberg, Esq.<br>MARK FORSBERG, ESQ.<br>Nevada Bar No. 4265<br>RICK OSHINSKI, ESQ.<br>Nevada Bar No. 4127<br>504 E. Musser St., Suite 202<br>Carson City, NV 89701<br>*Attorneys for Plaintiffs* | By   /s/ Dione C. Wrenn, Esq.<br>BRIAN MOONEY, ESQ.<br>California Bar No. 143795<br>(Admitted *Pro Hac Vice*)<br>DIONE C. WRENN, ESQ.<br>Nevada Bar No. 13285<br>300 South 4th Street, Suite 1550<br>Las Vegas, Nevada 89101<br>*Attorneys for Defendant* |
| DATED October 4, 2022 | DATED October 4, 2022 |

IT IS SO ORDERED.

_____
ROBERT C. JONES
UNITED STATES DISTRICT JUDGE

DATED:  October 11, 2022.