UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RICHARD JAGGARD and JUDY JAGGARD,<br><br>Plaintiffs,<br><br>vs.<br><br>ABBOTT CARDIOVASCULAR SYSTEMS INC., a California corporation, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.   3:21-cv-00360-RCJ-CLB<br><br>**ORDER TO EXTEND DEADLINE TO FILE REPLY TO DEFENDANT ABBOTT CARDIOVASCULAR SYSTEMS INC.'S OPPOSITION TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>**SECOND REQUEST** |

In accordance with LR 7-1, Plaintiffs, Richard Jaggard and Judy Ann Jaggard ("Plaintiffs") and Defendant Abbott Cardiovascular Systems Inc. ("Defendant"), by and through their undersigned counsel, hereby stipulate and agree as follows:

1. On September 22, 2022, Defendant filed its Opposition to Plaintiffs' Motion for Partial Summary Judgment [ECF 32].

2. Plaintiffs' original deadline to file a reply to the opposition was October 6, 2022.

3. On October 4, 2022, the parties filed a stipulation granting Plaintiffs a 15-day extension to file their reply, to be due on October 21, 2022 [ECF 34]. The Court approved the stipulation [ECF 35].

1

4. Plaintiffs now request an additional 7 days to file their reply to the opposition, up to and including **October 28, 2022**.

5. Defendant does not oppose Plaintiffs' requested extension.

6. Accordingly, Plaintiffs will file and serve their reply to Defendant's opposition no later than **October 28, 2022**.

This stipulation is not made for purposes of delay.

| OSHINSKI & FORSBERG, LTD. | GORDON REES SCULLY MANSUKHANI |
|---|---|
| By   /s/ Mark Forsberg, Esq.<br>    MARK FORSBERG, ESQ.<br>    Nevada Bar No. 4265<br>    RICK OSHINSKI, ESQ.<br>    Nevada Bar No. 4127<br>    504 E. Musser St., Suite 202<br>    Carson City, NV 89701<br>    *Attorneys for Plaintiffs*<br><br>Dated: October 18, 2022 | By   /s/ Dione C. Wrenn, Esq.<br>    BRIAN MOONEY, ESQ.<br>    California Bar No. 143795<br>    (Admitted *Pro Hac Vice*)<br>    DIONE C. WRENN, ESQ.<br>    Nevada Bar No. 13285<br>    300 South 4th Street, Suite 1550<br>    Las Vegas, Nevada 89101<br>    *Attorneys for Defendant*<br><br>Dated: October 18, 2022 |

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Dated: October 19, 2022.