Mark Forsberg, Esq., NSB 4265
Rick Oshinski, Esq., NSB 4127
OSHINSKI & FORSBERG, LTD.
504 E. Musser Street, Suite 202
Carson City, NV 89701
T 775-301-4250 | F 775-301-4251
Mark@oshinskiforsberg.com
Rick@oshinskiforsberg.com
*Attorneys for Richard and Judy Jaggard*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RICHARD JAGGARD and JUDY JAGGARD,<br><br>Plaintiffs,<br><br>vs.<br><br>ABBOTT CARDIOVASCULAR SYSTEMS INC., a California corporation, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.   3:21-cv-00360-RCJ-CLB<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE RESPONSE AND REPLY TO DEFENDANT ABBOTT CARDIOVASCULAR SYSTEMS INC.'S MOTION FOR SUMMARY JUDGMENT**<br><br>**First Request** |

In accordance with LR 7-1, Plaintiffs, Richard Jaggard and Judy Ann Jaggard ("Plaintiffs") and Defendant Abbott Cardiovascular Systems Inc. ("Defendant"), by and through their undersigned counsel, hereby stipulate and agree as follows:

1. On February 15, 2023, Defendant filed its Motion for Summary Judgment [ECF 47] ("Motion").

2. Pursuant to LR 7-2(b), Plaintiffs' deadline to file a response to the Motion is March 13, 2023.

3. Plaintiffs request an additional two weeks to file their response to the Motion, up to and including **March 27, 2023**.  Defendant does not oppose this request.

1

1.     4.    Defendant requests an additional two weeks to file its reply to the response. Defendant will file its reply no later than **April 24, 2023**.  Plaintiffs do not oppose this request.

    This stipulation is not made for purposes of delay.

| | |
|---|---|
| OSHINSKI & FORSBERG, LTD. | GORDON REES SCULLY MANSUKHANI |
| By   /s/ Mark Forsberg, Esq. | By   /s/ Brian Mooney, Esq. |
|     MARK FORSBERG, ESQ. |     BRIAN MOONEY, ESQ. |
|     Nevada Bar No. 4265 |     California Bar No. 143795 |
|     RICK OSHINSKI, ESQ. |     (Admitted *Pro Hac Vice*) |
|     Nevada Bar No. 4127 |     DIONE C. WRENN, ESQ. |
|     504 E. Musser St., Suite 202 |     Nevada Bar No. 13285 |
|     Carson City, NV 89701 |     300 South 4th Street, Suite 1550 |
|     *Attorneys for Plaintiffs* |     Las Vegas, Nevada 89101 |
| |     *Attorneys for Defendant* |
| DATED March 7, 2023 | DATED March 7, 2023 |

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Dated   March 10, 2023

2