# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

RICHARD JAGGARD and JUDY JAGGARD,

        Plaintiffs,

v.

ABBOTT CARDIOVASCULAR SYSTEMS INC., a California corporation, and DOES 1 through 50, inclusive,

        Defendants.

Case No. 3:21-cv-00360-RCJ-CLB

**JUDGMENT**

On September 11, 2023, the Court entered an order granting defendant Abbott Cardiovascular Systems Inc.'s ("Abbott") Motion for Summary Judgment. (ECF No. 53.)

Accordingly, pursuant to the Court's order granting Abbott's Motion for Summary Judgment, IT IS ORDERED that all of Plaintiffs Richard Jaggard and Judy Jaggard's claims in this lawsuit are hereby DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

Dated this ___16th_____ day of October, 2023

_____
ROBERT C. JONES
United States District Court Judge