# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RICHARD JAGGARD and JUDY JAGGARD,<br><br>      Plaintiffs,<br><br>v.<br><br>ABBOTT CARDIOVASCULAR SYSTEMS, INC., a California corporation, and DOES 1 through 50, INCLUSIVE,<br><br>      Defendants. | Case No. 3:21-CV-000360-RCJ-CLB<br><br>**ORDER** |

Pending before the Court are Abbott Cardiovascular Systems Inc.'s motions for leave to file under seal its Declaration of Brian J. Mooney, Esq. and accompanying exhibits in support of Defendant Abbott Cardiovascular Systems, Inc's reply brief in support of its bill of costs, (Dkt. 60 and 61). The motions are not opposed.

The good cause standard applies to the motions because the documents that the moving party seek to seal are only tangentially related to the merits of the case. *See Center for Auto Safety v. Chrysler Grp., LLC*, 809 F.3d 1092, 1101 (9th Cir. 2016).

The court finds that good cause exists for sealing these documents. Therefore, the motions (Dkt. 60 and 61) are **GRANTED.**

**IT IS SO ORDERED.**

Dated:  December 18, 2023.

_____
ROBERT C. JONES
United States District Judge